AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )     Case No.
)
Digital Media Storage Device #1, currently located at )     3:24-cr-00711
CPD Evidence Storage Facility at 715 Bluff Road, )
Columbia, SC 29201 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A to S/A Bode's Affidavit submitted herewith

located in the _____ District of _____South Carolina_____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B to S/A Bode's Affidavit submitted herewith

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | PWID Controlled Substances |
| 21 U.S.C. 846 | Conspiracy to Distribute Controlled Substances |
| 18 U.S.C. 924(c) | Possession of a Firearm During and in Furtherance of a Drug Trafficking Crime |

The application is based on these facts:
Please see the Affidavit of S/A Bode submitted herewith

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attach

*Special Agent Joe Bode*
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
videoconference (FaceTime app) *(specify reliable electronic means)*.

Date: July 29, 2024

City and state: Columbia, South Carolina

The Honorable Paige J. Gossett, U.S. Magistrate Judge
*Printed name and title*